**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2023-CA-0139

Gustave J. Labarre, Jr., et al.

- - Versus - -

Occidental Chemical Company, et al

23rd Judicial District Court
Case #: 33796
Assumption Parish

On Application for Rehearing filed on 10/12/2023 by Zurich American Insurance Company, et al

Rehearing ___*Denied*___

_____
Allison H. Penzato

_____
Walter I. Lanier III

_____
Elizabeth Wolfe

Date **OCT 19 2023**

_____
Rodd Naquin, Clerk

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2023-CA-0139

Gustave J. Labarre, Jr., et al.

- - Versus - -

Occidental Chemical Company, et al

23rd Judicial District Court
Case #: 33796
Assumption Parish

On Application for Rehearing filed on   10/12/2023 by National Union Fire Insurance Company of Pittsburgh, PA..et al

Rehearing _____ _Denied_ _____

_Allison H. Penzato_

Allison H. Penzato

_Walter I. Lanier III_

Walter I. Lanier III

_Elizabeth Wolfe_

Elizabeth Wolfe

Date ___**OCT 19 2023**___

_Peggy J. Landry_

Rodd Naquin, Clerk